

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00246-CR**
**NO. 02-15-00274-CR**

ALLEN F. CALTON                                                                APPELLANT

V.

THE STATE OF TEXAS                                                                STATE

----------

FROM 213TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 0843168D

----------

## MEMORANDUM OPINION[1]

----------

Appellant filed two notices of appeal, one on July 23, 2015 (No. 02-15-00246-CR), and the other on August 11, 2015 (No. 02-15-00274-CR), purporting to appeal the trial court's alleged denial of two motions for DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.01 (West Supp. 2015). We sent appellant letters on October 9, 2015, noting our concern that we may not have jurisdiction over

---

[1]*See* Tex. R. App. P. 47.4.

the two appeals because the trial court has not ruled on either of appellant's motions for DNA testing. *See* Tex. R. App. P. 26.2(a). We requested that any party desiring to continue either of the appeals furnish this court with a signed copy of the order that appellant seeks to appeal by October 19, 2015. In each of our October 9, 2015 letters, we warned the parties that "[i]f no order has been signed and furnished by that date, this appeal will be dismissed for want of jurisdiction." No response has been filed.

Because we have no jurisdiction to address either of appellant's notices of appeal, we dismiss both appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 7, 2016